UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUONG NGUYEN,<br>Plaintiff,<br>v.<br>BAI YAN HU,<br>Defendant. | Case No. 25-cv-10356-JSC<br>**ORDER AMENDING JUDGMENT TO TRANSFER ACTION TO THE EASTERN DISTRICT OF NEW YORK**<br>Re: Dkt. No. 43 |

The Court previously denied Plaintiff's motion for default judgment, and dismissed the action without prejudice, because Plaintiff was unable to establish this Court's personal jurisdiction over Defendant. (Dkt. No. 42.) In so ruling, the Court held Plaintiff had established specific personal jurisdiction over Defendant in New York due through Defendant's DCMA counter-notification. (*Id.* at 3.) Now pending before the Court is Plaintiff's motion to amend the judgment and transfer this action to the Eastern District of New York in the interests of justice pursuant to 28 U.S.C. § 1631 and Federal Rule of Civil Procedure 59(e).

Having reviewed Plaintiff's submission, and good cause being shown, the Court GRANTS Plaintiff's motion. When, as here, a court "finds that there is a want of jurisdiction […] the court shall, if it is in the interest of justice, transfer such action […] to any other court […] in which the action […] could have been brought." 28 U.S.C. § 1631. Plaintiff has shown transfer is in the interest of justice and the case could have been brought in the Eastern District of New York because Defendant would be subject to personal jurisdiction in New York. Accordingly, the Order entered August 10, 2026 is amended to order TRANSFER to the Eastern District of New York instead of dismissal without prejudice.

So, this action is REOPENED and TRANSFERRED to the Eastern District of New York.

United States District Court
Northern District of California

This Order disposes of Docket No. 43.

**IT IS SO ORDERED.**

Dated: September 9, 2026

JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California